**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation<br>            Plaintiff,<br>vs.<br>Manuben Patel, an individual,<br>            Defendant. | No. CIV 07-00807-PHX-RCB<br><br>O R D E R |

    Currently pending before the court is plaintiff, Best Western International, Inc.'s ("BWI"), "Motion to Enjoin Defendant From Pursuing Discovery in the Second-Filed California Action" (doc. 79).  Since the filing of that motion, on March 27, 2008, in the parallel action in the United States District Court for the Northern District of California, <u>Patel v. Best Western International, Inc.</u>, No. C 07-02319 JW, the court issued an order which plaintiff BWI agrees renders moot its pending motion to enjoin.  <u>See</u> Reply (doc. 90) at 2.  Accordingly, the court hereby DENIES BWI's motion to enjoin (doc. 79).  That denial is without

1  prejudice to renew, however.
2      DATED this 2nd day of April, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

8  Copies to counsel of record